# MANDATE

S.D.N.Y.-N.Y.C.
13-cv-5794
Hellerstein, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of March, two thousand sixteen.

Present:
> Robert A. Katzmann,
> > *Chief Judge,*
> Robert D. Sack,
> Raymond J. Lohier,
> > *Circuit Judges.*

Mark Leyse, individually and on behalf of all others similarly situated,

> *Petitioner*,

v.  15-3495

Lifetime Entertainment Services, LLC,

> *Respondent*.

Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order denying Petitioner's motion for class certification, and seeks leave to reply to Respondent's opposition. Upon due consideration, it is hereby ORDERED that the motion for leave to reply is GRANTED and the motion for leave to appeal is DENIED because an immediate appeal is unwarranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/02/2016